(Post 11/2015)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
__Northern__ **DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 21 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Christie Northern
PO Box 842
Blytheville AR 72316
(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 3:22-CV-00148-DPM
(case number to be supplied by the assignment clerk)

Stonebridge Senior Living
1401 East Moultrie Dr
Blytheville AR 72315
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Christie Northern__, is a (name of plaintiff) citizen of the United States and resides at __409 South 20th__,
(street address)
__Blytheville__, __Mississippi__, __Arkansas__, __72315__,
(city) (county) (state) (ZIP)
__870-409-3324__.
(telephone)

3. Defendant, __Stonebridge Senior Living HR & Lea Franks__ lives at, or its
(name of defendant)
business is located at __1401 East Moultrie Dr__, __Blytheville__,
(street address) (city)
__Mississippi__, __AR__, __72316__.
(county) (state) (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

This case assigned to District Judge __Marshall__
and to Magistrate Judge __Harris__

defendant at ___1401 East Moultrie, Blytheville___,
(street address) (city)
___Mississippi___, ___Arkansas___, ___72315___.
(county) (state) (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about ___04___ — ___22___ - ___2021___.
(month) (day) (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination ~~indicated in~~ Harrasment paragraphs 9 and 10 of this complaint on or about ___around 3/18/22___.
(month) (day) (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on ___3/21/2022___, a copy of which notice
(month) (day) (year)
is attached to this complaint.

8. Because of plaintiff's (1) __✓__ race, (2) __✓__ color, (3)____ sex, (4) ____ religion, (5) ____ national origin, defendant:

   (a) ____ failed to employ plaintiff.

   (b) __✓__ terminated plaintiff's employment.

   (c) ____ failed to promote plaintiff.

   (d) ___harassment, age, disability, & national origin, COVID 19 issues, broke labor laws Unsafe work environment. Disability discrimination & Reasonable accommodation & Undue Hardship available Resource___

9. The circumstances under which the defendant discriminated against plaintiff were

as follows: Micro management, race & age, hostile work environment, terminated due to doctor visit. Never wrote up. Over worked pass Board of nursing & labor board. Harassed by HR called names on FaceTime & woke call. Unsafe environment - building. Unreasonable accomadation and Undue Hardship available resources. Failing the rid theif in building stealing patients belongings

10. The acts set forth in paragraph 9 of this complaint:

   (a) ✓ are still being committed by defendant.

   (b) ___ are no longer being committed by defendant.

   (c) ✓ may still be being committed by defendant. Call harrassed me on my new job for visiting a patient

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ___ Defendant be directed to employ plaintiff, and

   (b) ✓ Defendant be directed to re-employ plaintiff, and

   (c) ___ Defendant be directed to promote plaintiff, and

   (d) ✓ Defendant be directed to re-employ, proper wages, vacation, & training, buy proper supplies for patients, cost of any wages lost, slander & pain

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF