IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTIE NORTHERN**                                                                **PLAINTIFF**

VS.                    CASE NO.    3:22-CV-00148-DPM

**STONEBRIDGE SENIOR LIVING AND LEN FRANKS**         **DEFENDANTS**

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 21st day of June, 2022.

                                            AT THE DIRECTION OF THE COURT
                                            TAMMY H. DOWNS, CLERK

                                            By:   J. Kornegay
                                                     Deputy Clerk