IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTIE NORTHERN                                                                PLAINTIFF

v.                                      No. 3:22-cv-148-DPM

STONEBRIDGE SENIOR
LIVING; LEN FRANKS                                                              DEFENDANTS

ORDER

1. Northern's application to proceed *in forma pauperis*, Doc. 1, is granted. She reports minimal income and a dependent.

2. The Court must screen Northern's complaint. 28 U.S.C. § 1915(e)(2). The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law. FED. R. CIV. P. 8(a); 28 U.S.C. § 1915(e)(2)(B)(ii). Northern claims she was fired in violation of Title VII because of her race, age, and disability. Doc. 2. She says she suffered harassment and was subjected to a hostile and unsafe work environment. While Northern states that she filed a charge of discrimination with the EEOC on 18 March 2022 and received a notice of right to sue days later, she failed to attach either paper to her complaint. She has not specified her former job, her race, how old she is, or her disability. She has not described the events surrounding her firing, including who was involved, when it occurred,

and why she believes she lost her job because of race, age, and disability. To evaluate her case, the Court needs to know particulars.

3.  Northern must file an amended complaint with more details. She must do so by 10 August 2022. If she does not, the Court will dismiss her case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2022