IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTIE NORTHERN                                         PLAINTIFF

v.                      No. 3:22-cv-148-DPM

STONEBRIDGE SENIOR
LIVING; LEN FRANKS                                       DEFENDANTS

### ORDER

As requested, Northern has provided details about the claims she seeks to pursue. *Doc. 5*. The Court, however, needs some more targeted information to screen her complaint properly. Northern must explain in her own words the particulars supporting her hostile work environment and discrimination claims—the who, what, when, and where. Please give focused specifics.

Northern should also attach the charge of discrimination she filed with the EEOC, and her right to sue letter, to her amended complaint. Nothing more is needed.

Northern must file an amended complaint with focused details by 20 October 2022. If she does not, the Court will dismiss her case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

20 September 2022