IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTIE NORTHERN                                                           PLAINTIFF

v.                                  No. 3:22-cv-148-DPM

STONEBRIDGE SENIOR
LIVING and LEN FRANKS                                                   DEFENDANTS

## ORDER

Northern hasn't filed an amended complaint; and the time to do so has passed. *Doc. 7*. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2022