# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTIE NORTHERN**                                              **PLAINTIFF**

**v.**                               **No. 3:22-cv-148-DPM**

**STONEBRIDGE SENIOR**
**LIVING and LEN FRANKS**                              **DEFENDANTS**

## JUDGMENT

Northern's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2022